IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHA RICH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF GEORGIA, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 1:22-cv-04924-LMM-CMS <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER**

This case comes before the Court on Plaintiffs' Motion for Leave to Proceed Pseudonymously and for a Protective Order [Doc. 2]. The Court finds that the substantial privacy and safety interests of John Doe and Jane Doe overcome the customary and constitutionally-embedded presumption of openness that would otherwise require them to identify themselves by name.

Plaintiffs' motion is therefore GRANTED. The Court ORDERS that Plaintiffs John Doe and Jane Doe shall be granted leave to proceed using those pseudonyms and all materials filed in this action, all judgments, and any other documents relating to this action shall refer to Plaintiffs as John Doe and Jane Doe, without additional identifying information.

So ORDERED, this 10th day of January, 2023.

*Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE