IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHA RICH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GEORGIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION FILE NO. <br> 1:22-cv-04924-LMM-CMS |

**CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

COME NOW Defendants State of Georgia, Georgia State Health Benefit Plan, Georgia Department of Community Health, Georgia Board of Community Health, Georgia Department of Audits and Accounts, Georgia Department of Human Services, Bibb County School District, Norman Boyd (in his official capacity), Robert S. Cowles III (in his official capacity), David Crews (in his official capacity), Russell Crutchfield (in his official capacity), Roger Folsom (in his official capacity), Nelva Lee (in her official capacity), Mark Shane Mobley (in his official capacity), Cynthia Rucker (in her official capacity), Anthony Williamson (in his official capacity), Lewis Amis (in his official capacity), Candice Broce (in her official capacity), Greg S. Griffin (in his official capacity),

and Dr. Dan A. Sims (in his official capacity), and "Doe Defendants" (in their individual and official capacities), by and through their undersigned counsel of record, and, with Plaintiffs' consent, move the Court to extend the time in which Defendants have to answer or otherwise respond to Plaintiffs' Complaint [Doc. 1], through and including Monday, August 7, 2023, showing the Court as follows:

1.

On December 14, 2022, Plaintiffs filed their Complaint. [Doc. 1].

2.

On March 14, 2023, Defendants' waivers of the service of summons were filed. [Docs. 9 and 10].

3.

Defendants' deadline to answer, or otherwise respond to, Plaintiffs' Complaint is, Monday, May 8, 2023.

4.

Currently, counsel for all the parties are in on-going negotiations to try to settle the claims in Plaintiffs' Complaint and need additional time beyond May 8, 2023 to resolve the claims successfully to the satisfaction of all parties.

5.

Federal Rule of Civil Procedure 6(b)(1)(A) provides, in pertinent part:

When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1)(A).

6.

Accordingly, the Defendants, with Plaintiffs' consent, move this Court for an extension of time in which they may file an answer or response to Plaintiffs' Complaint through and including Monday, August 7, 2023.

7.

The request is not made for the purpose of delay or for any other improper purpose.

Wherefore, the Defendants respectfully request, in good faith and for the foregoing reasons, that the Court grant this motion to extend the time in which the Defendants have to answer or respond through and including Monday, August 7, 2023. A proposed order is attached to this motion.

Respectfully submitted, this 27th day of April, 2023.

| | |
|---|---|
| */s/David Brown* | */s/Bryan K. Webb* |
| David Brown, *pro hac vice* | Bryan K. Webb   743580 |
| dbrown@transgenderlegal.org | Deputy Attorney General |
| Nikki Easterday, *pro hac vice* | Georgia Department of Law |
| neasterday@transgenderlegal.org | 40 Capitol Square, S.W. |

Transgender Legal Defense Education Fund, Inc.
520 8th Ave.
Suite 2204
New York, New York 10018
Telephone: (646) 862-9396
Facsimile: (646) 993-1686

Attorneys for Plaintiff Micha Rich, Jane Doe, John Doe, Benjamin Johnson, The Campaign for Southern Equality

Atlanta, Georgia 30334-1300
Telephone: (404) 458-3542
Email: bwebb@law.ga.gov

Attorney for Defendants State of Georgia, Georgia State Health Benefit Plan, Georgia Department of Community Health, Georgia Board of Community Health, Georgia Department of Audits and Accounts, Georgia Department of Human Services, Norman Boyd, Robert S. Cowles III, David Crews, Russell Crutchfield, Roger Folsom, Nelva Lee, Mark Shane Mobley, Cynthia Rucker, Anthony Williamson, Lewis Amis, Candice Broce, Greg S. Griffin, and "Doe Defendants"

*/s/Sunshine R. Nasworthy*
Sunshine R. Nasworthy   564888
275 Scientific Drive #2000
Peachtree Corners, GA 30092
Telephone:  (678) 684-2136
Email: snasworthy@cmlawfirm.com

Attorney for Defendants Bibb County School District and Dr. David A. Sims

**Local Rule 7.1.D Certification:**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14 point font in compliance with Local Rule 5.1B.

*/s/Bryan K. Webb*
Deputy Attorney General

# CERTIFICATE OF SERVICE

I certify that on April 27, 2023, I caused to be electronically filed **CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record, who are registered CM/ECF users:

Sunshine R. Nasworthy
snasworthy@cmlawfirm.com

Amanda K. Seals
seals@bmelaw.com

Megan Cambre
cambre@bmelaw.com

David Brown
dbrown@transgenderlegal.org

Nikki Easterday
neasterday@transgenderlegal.org

This 27th day of April, 2023

    */s/Bryan K. Webb*
    Bryan K. Webb    743580
    Deputy Attorney General
    Georgia Department of Law
    40 Capitol Square, S.W.
    Atlanta, Georgia 30334-1300
    Telephone: (404) 458-3542
    Email: bwebb@law.ga.gov

Attorney for Defendants State of Georgia, Georgia State Health Benefit Plan, Georgia Department of Community Health, Georgia Board of Community Health, Georgia Department of Audits and Accounts, Georgia Department of Human Services, Norman Boyd, Robert S. Cowles III, David Crews, Russell Crutchfield, Roger Folsom, Nelva Lee, Mark Shane Mobley, Cynthia Rucker, Anthony Williamson, Lewis Amis, Candice Broce, Greg S. Griffin, and "Doe Defendants"