IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHA RICH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GEORGIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION FILE NO. <br> 1:22-cv-04924-LMM-CMS |

### ORDER ON CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT

Presently before this Court is Defendants' consent motion seeking an enlargement of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint [Doc. 1]. Plaintiffs' counsel consents to the extension.

The original due date for Defendants to answer or otherwise respond to Plaintiffs' Complaint is Monday, May 8, 2023. Defendants seek an enlargement of time to respond through and including Monday, August 7, 2023 because counsel for all parties are currently engaging in discussions to settle all of Plaintiffs' claim and need additional time beyond May 8, 2023 to resolve the claims successfully to the satisfaction of all parties.

Having considered Defendants' Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, the same is GRANTED and Defendants shall have through and including Monday, August 7, 2023 to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED this _____ day of _____, 2023.

                                                    **LEIGH MARTIN MAY**
                                                    **UNITED STATES DISTRICT JUDGE**