- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHA RICH, ) | |
| BENJAMIN JOHNSON, ) | |
| And THE CAMPAIGN FOR ) | CIVIL ACTION FILE NO.: |
| SOUTHERN EQUALITY, *et al.*, ) | |
| ) | 1:22-CV-04924-LMM-CMS |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| BIBB COUNTY SCHOOL ) | |
| DISTRICT, *et al*. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE
## OF SUNSHINE R. NASWORTHY

COMES NOW, SUNSHINE R. NASWORTHY of the law firm of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP, and files this Notice of Entry of Appearance, as counsel of record, on behalf of defendants DR. DAN A SIMS, in his official capacity, and BIBB COUNTY SCHOOL DISTRICT.  Counsel respectfully requests she be copied on all court filings, notices, orders, etc. regarding the above-captioned case. All pleadings, notices, orders, and other documents required to be served upon defendants DR. DAN A SIMS, in his official capacity, and BIBB COUNTY SCHOOL DISTRICT shall be directed to:

- 1 -

- 2 -

Sunshine R. Nasworthy
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
snasworthy@cmlawfirm.com

This 1st day of May, 2023.

          **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

          */s/ Sunshine R. Nasworthy*
          Sunshine Nasworthy
          Georgia Bar No. 564888
          Email:  snasworthy@cmlawfirm.com
          Direct Dial:  678-684-2136
          *Attorney for defendants Dr. Sims and Bibb County School District*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

- 2 -

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

Respectfully submitted this 1st day of May, 2023.

        **CRUSER, MITCHELL, NOVITZ,**
        **SANCHEZ, GASTON & ZIMET, LLP**

        */s/ Sunshine R. Nasworthy*
        Sunshine Nasworthy
        Georgia Bar No. 564888

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the within **NOTICE OF ENTRY OF APPEARANCE OF SUNSHINE R. NASWORTHY** with the Clerk of Court using the CM/ECF system, which will serve an electronic copy of same upon all counsel of record, as follows:

Amanda Kay Seals
Megan Cambre
Bondurant Mixon & Elmore LLP
1201 W. Peachtree St., NW, #3900
Atlanta, GA 30309
seals@bmelaw.com
cambre@bmelaw.com
*Attorneys for Plaintiffs*

David Brown
Nikki Easterday
*(pro hac vice motions forthcoming)*
Transgender Legal Defense
Education Fund, Inc.
520 8th Ave., #2204
New York, NY 10018
dbrown@transgenderlegal.org
neasterday@transgenderlegal.org
*Attorneys for Plaintiffs*

Bryan K. Webb
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334-1300
bwebb@law.ga.gov
*Attorney for remaining defendants*

This 1st day of May, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Sunshine R. Nasworthy*
Sunshine Nasworthy
Georgia Bar No. 564888