# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHA RICH, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> GEORGIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION FILE NO. <br> 1:22-cv-04924-LMM-CMS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, MICHA RICH, BENJAMIN JOHNSON, JANE DOE, JOHN DOE, and THE CAMPAIGN FOR SOUTHERN EQUALITY (collectively, the "Plaintiffs"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss this action with prejudice. Plaintiffs have resolved their claims pursuant to a settlement agreement.

Respectfully submitted, this 19th day of October, 2023.

> /s/*David Brown*
> David Brown, *pro hac vice*
> dbrown@transgenderlegal.org
> TRANSGENDER LEGAL DEFENSE AND
> EDUCATION FUND, INC.
> 520 8th Ave.

Suite 2204
New York, New York 10018
Telephone: (646) 862-9396
Facsimile: (646 993-1686

*/s/Amanda Kay Seals*
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 W. Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Plaintiffs Micha Rich, Jane Doe, John Doe, Benjamin Johnson, The Campaign for Southern Equality

2

## **CERTIFICATE OF SERVICE**

I certify that on October 19, 2023, I caused to be electronically filed the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 19th day of October, 2023

>_/s/Amanda Kay Seals_
>On behalf of Counsel for Plaintiffs
>
>Amanda Kay Seals
>Georgia Bar No. 502720
>seals@bmelaw.com
>BONDURANT MIXSON & ELMORE LLP
>1201 W. Peachtree Street NW
>Suite 3900
>Atlanta, Georgia 30309
>Telephone: (404) 881-4100
>Facsimile: (404) 881-4111
>
>David Brown, _pro hac vice_
>dbrown@transgenderlegal.org
>TRANSGENDER LEGAL DEFENSE AND
>EDUCATION FUND, INC.
>520 8th Ave.
>Suite 2204
>New York, New York 10018
>Telephone: (646) 862-9396
>Facsimile: (646 993-1686
>
>Attorneys for Plaintiffs Micha Rich, Jane Doe, John Doe, Benjamin Johnson, The Campaign for Southern Equality